Gary L. Eastman, CSB #182518
707 Broadway Street, Suite 1800
San Diego, California 92101
Telephone (619) 230-1144
Facsimile (619) 230-1194

Attorney for Plaintiff

FILED
08 MAY -2 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0803 IEG AJB

| | |
|---|---|
| Photon Light Boards, Inc., a California Corporation; Plaintiffs, vs. David M. Allen, an individual, and Laughing Rabbit, Inc., an Oregon corporation; and DOES 1 – 10, inclusive; Defendants | Case No.: **COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK** |

Plaintiff Photon Light Boards, Inc. hereby complains as follows:

///



ORIGINAL

## THE PARTIES

1. Plaintiff Photon Light Boards, Inc. a California Limited Liability Company, with its principal place of business in San Diego County, State of California.

2. Plaintiff is informed and believe, and based thereon alleges, that Defendant David M. Allen (hereinafter "ALLEN") is an individual having a principal place of residence in Blachly, State of Oregon.

3. Plaintiff is informed and believe, and based thereon alleges, that Defendant Laughing Rabbit, Inc. (hereinafter "LRI") is an Oregon Corporation with its principal place of business in Blachly, State of Oregon.

4. Plaintiff is not aware of the true names and capacities of Defendant DOES 1 through 10, inclusive, are therefore sue these defendants by such fictitious names. When the true names and capacities of Defendants DOES have been ascertained, Plaintiff will amend the Complaint to set forth such specific facts.

5. Defendants ALLEN and LRI, and DOES 1 – 10, collectively referred to as "Defendants."

## JURISDICTION AND VENUE

6. Jurisdiction in this Court is proper as this Complaint concerns matters having exclusive federal jurisdiction, including the Trademark Act of 1946, as amended, 15 U.S.C. §1051 et seq.

7. This Court has personal jurisdiction over Defendants as they are conducting business in California.

8. Venue is proper in this matter as Plaintiffs are engaged in business, and Defendants have been engaging, and will continue to engage, in business within this judicial district.

## BACKGROUND FACTS

9. On April 15, 2008, Defendants transmitted through their attorney, a letter alleging Trademark Infringement violations. A copy of the letter is attached as Exhibit 1.

10. Defendants specifically allege that Plaintiff has been manufacturing, producing and/or selling illuminated skateboards under the designation “photon light boards.”

11. Defendants specifically allege that Plaintiff's “photon light boards purchasers are likely to believe that the Photon Light Boards product is authorized or sponsored by, or affiliated with the owner of genuine LRI lighted products.”

12. Defendants specifically allege that Defendants “have the nationwide right to prevent others from confusing the public into believing that other lighted devices come from, are sponsored by, or are affiliated with the source of genuine PHOTON flashlights.”

13. Plaintiff alleges that any products produced by Plaintiff do not violate any trademark rights owned by Defendants.

14. On information and belief, and based thereon, Plaintiff alleges that Defendants do not own any exclusive rights to the use of the name photon light boards for use in conjunction with skateboards.

## FIRST CLAIM FOR RELIEF

## DECLARATORY RELIEF OF NON-INFRINGEMENT OF TRADEMARK

15. Plaintiff realleges and incorporates by this reference all prior allegations as though fully stated herein.

16. Plaintiff disputes the allegation that Plaintiff's action constitutes infringement of any trademark rights allegedly owned by Defendants.

///

WHEREFORE, Plaintiffs pray for judgment as follows:

1. Plaintiffs be granted a Declaratory Judgment of Trademark Non-Infringement with regard to Defendants allegations of trademark infringement

Dated this April 30, 2008

Gary L. Eastman, APLC

Gary L. Eastman, Esq.
Attorney for Plaintiffs

JURY TRIAL DEMAND

Plaintiffs hereby demand a trial by jury.

Dated this April 30, 2008

Gary L. Eastman, APLC

Gary L. Eastman, Esq.
Attorney for Plaintiff

EXHIBIT 1

Letter from Defendants' Counsel alleging Trademark Infringement

BLG

BLACK LOWE & GRAHAM PLLC
*Intellectual Property Attorneys*

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301
blacklaw.com

April 15, 2008

Mr. Gary L. Eastman
Photon Light Boards
707 Broadway Street
Suite 1800
San Diego, CA 92101

Mr. Gary L. Eastman
Photon Light Boards
4360 Banning Street
San Diego, CA 92107

Re: Infringement of Laughing Rabbit, Inc.'s Trademark Rights
Title: PHOTON
Our Reference No.: LAUG-6-1827

Dear Mr. Eastman:

We represent David M. Allen and Laughing Rabbit, Inc. in intellectual property law matters. Mr. Allen is President of Laughing Rabbit, Inc., doing business as L.R.I. As you may know, L.R.I. is the premier manufacturer of light-emitting diode personal lighting devices in the world. L.R.I. operates under an exclusive license from Mr. Allen with respect to patents, trademarks, and copyrights related to those products.

Among those products, L.R.I. has sold millions of its PHOTON® brand LED flashlights. The United States Patent and Trademark Office has recognized the trademark significance of the mark PHOTON® by issuing United States Trademark Registration No. 2,459,822 on June 12, 2001 (copy attached hereto as Attachment A). Mr. Allen and his exclusive licensee, L.R.I., have the nationwide right to prevent others from confusing the public into believing that other lighted devices come from, are sponsored by, or are affiliated with the source of genuine PHOTON® flashlights.

It has now come to our attention that Photon Light Boards has offered to sell and is selling illuminated skateboards under the designation "Photon Light Boards," which wholly adopts the registered PHOTON® mark. A photograph of your "Photon Light Boards" is attached hereto as Attachment B. Thus, Photon Light Boards purchasers are likely to believe that the Photon Light Boards product is authorized or sponsored by, or affiliated with the owner of genuine LRI lighted products. Your sale and offer for sale of the product shown in Attachment B is therefore a violation of Mr. Allen's and L.R.I.'s common law and federal trademark rights, federal trademark rights under Section 43(a) of the Lanham Act, various state Consumer Protection Acts, and willful infringement of the trademark registration under Lanham Act Section 35.

As a matter of law, Mr. Allen and L.R.I. are entitled to an injunction against any further infringement of their rights and an award of their actual damages resulting from the infringement, including an additional award of all of Photon Light Boards' profits resulting from the infringing activity. You should also be aware that officers and directors of corporations who controlled or supervised the infringing activity have been held personally liable for those activities. *Power Lift, Inc. v. Lang Tools, Inc.*, 227 USPQ 435 (Fed. Cir. 1985). Should the infringing activities continue after receipt of this letter, we believe that a federal court is likely to enhance the damage award and also award Mr. Allen and L.R.I. their reasonable attorney's fees with respect to such subsequent sales should this matter proceed to litigation.

Mr. Allen and L.R.I. are willing to resolve this matter amicably without resort to litigation at this time if you will agree to immediately cease and desist from any further sale or offering to sell or importation of the accused products, provide Mr. Allen and L.R.I. with reasonable compensation for the infringing activity, and immediately provide us with the following information:

(a) the total number of Photon Light Board products sold utilizing the PHOTON® mark since June 12, 2001;

(b) the gross receipts attributable to the sales of such products;

(c) the remaining stock of hand of any such products; and

(d) the full identity of any such manufacturer and/or importer from whom you have purchased any of the accused products.

In consideration of your acceptance of the above, Mr. Allen and Laughing Rabbit, Inc. will refrain from filing a civil action against Photon Light Boards at this time. Your written response is required within thirty (30) days of your receipt of this letter.

Very truly yours,

BLACK LOWE & GRAHAM PLLC

Michael J. Folise

MJF/bjr
cc: Laughing Rabbit, Inc.
Enclosures:
Attachment A – United States Trademark Registration No. 2,459,822
Attachment B – Photograph of accused "Photon Light Boards" Product

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED 08 MAY -2 PM 9:29 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

**I. (a) PLAINTIFFS**

Photon Light Boards, Inc., a California Corporation

(b) County of Residence of First Listed Plaintiff San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)

Gary L. Eastman, Esq. (619) 230-1144
707 Broadway Street, Suite 1800 San Diego, CA 92101

**DEFENDANTS**

David M. Allen, an indiviual; Laughing Rabbit, Inc., an Oregon Corporation

County of Residence of First Listed Defendant Blachy, Oregon
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

'08 CV 0803 IEG AJB

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**
☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☐ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury
PERSONAL INJURY: ☐ 362 Personal Injury - Med. Malpractice; ☐ 365 Personal Injury - Product Liability; ☐ 368 Asbestos Personal Injury Product Liability
PERSONAL PROPERTY: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 444 Welfare; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence; Habeas Corpus: ☐ 530 General; ☐ 535 Death Penalty; ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture; ☐ 620 Other Food & Drug; ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 630 Liquor Laws; ☐ 640 R.R. & Truck; ☐ 650 Airline Regs.; ☐ 660 Occupational Safety/Health; ☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Mgmt. Relations; ☐ 730 Labor/Mgmt.Reporting & Disclosure Act; ☐ 740 Railway Labor Act; ☐ 790 Other Labor Litigation; ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
☐ 462 Naturalization Application; ☐ 463 Habeas Corpus - Alien Detainee; ☐ 465 Other Immigration Actions

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights; ☐ 830 Patent; ☒ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit; ☐ 490 Cable/Sat TV; ☐ 810 Selective Service; ☐ 850 Securities/Commodities/ Exchange; ☐ 875 Customer Challenge 12 USC 3410; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 892 Economic Stabilization Act; ☐ 893 Environmental Matters; ☐ 894 Energy Allocation Act; ☐ 895 Freedom of Information Act; ☐ 900Appeal of Fee Determination Under Equal Access to Justice; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**): Trademark Act, 15 U.S.C. 1051 et seq.

Brief description of cause: Declaratory Judgment of Federal Trademark Non-Infringement

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** CHECK YES only if demanded in complaint: **JURY DEMAND:** ☑ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE ______ DOCKET NUMBER ______

DATE 04/30/2008 SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**

RECEIPT # 150435 AMOUNT $350— APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______

TB 05/02/08

**UNITED STATES**
**DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 150435 - MB**

**May 02, 2008**
**09:28:27**

**Civ Fil Non-Pris**
USAO #.: 08CV0803 CIVIL FILING
Judge..: IRMA E GONZALEZ
Amount.: $350.00 CK
Check#.: PC2374

**Total-> $350.00**

FROM: PHOTON LIGHT BOARDS INC VS
DAVID M ALLEN, ET AL