Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED
08 MAY -2 AM 9:29
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:

## SOUTHERN DISTRICT OF CALIFORNIA

Photon Light Boards, Inc., a California Corporation

vs

David M. Allen, an individual; and Laughing Rabbit, Inc., an Oregon Corporation

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0803 IEG AJB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Gary L. Eastman, Esq.
707 Broadway Street, Suite 1800
San Diego, California 92101
(619) 230-1144

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

MAY 0 2 2008
DATE

J. PARIS
By , Deputy Clerk